IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID NEAL,

    Petitioner,

vs.                              No. CIV-06-1211 BB/WDS

ROBERT ULIBARRI, Warden, and
THE ATTORNEY GENERAL OF THE STATE
OF NEW MEXICO,

    Respondent.

**ORDER**

**THIS MATTER** came before the Court on Petitioner's Application for a Writ of Habeas Corpus filed under 28 U.S.C. § 2254. (Document No. 1) Respondent filed a Motion to Dismiss the Petition with Prejudice (Document No. 8), to which Petitioner filed a Response. (Document 11) Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition and Petitioner's objections thereto, and being otherwise fully advised, I find that Respondent's Motion to Dismiss the Petition with Prejudice should be **GRANTED**, and the Application for a Writ of Habeas Corpus should be dismissed.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss the Petition with Prejudice is **GRANTED,** and this matter is dismissed with prejudice.

                                                                **BRUCE D. BLACK**
                                                                 **United States District Judge**